**Dismiss and Opinion Filed July 2, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01612-CV

**MARISSA FULLER AND OTHER OCCUPANTS, Appellant**
**V.**
**BANK OF AMERICA N.A., Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-06186-B**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Brown
Opinion by Chief Justice Wright

Before the Court is appellee's June 9, 2014 second motion to dismiss appeal for want of prosecution. In the motion, appellee requests the Court to dismiss the appeal for want of prosecution because appellant has failed to timely file her brief. Our records show that, among other things, appellant filed a motion to extend time to file her brief on May 9, 2014. By postcard dated May 12, 2014, the Court granted appellant an extension of time to file her brief until May 27, 2014 and expressly cautioned appellant that failure to do so would result in the dismissal of her appeal without further notice. On June 9, 2014, appellee filed its motion to dismiss the appeal for want of prosecution. Appellant did not respond to appellee's motion to dismiss, has not filed her brief, and has not otherwise corresponded with the Court regarding the status of her brief.

1

Accordingly, we grant appellee's motion and dismiss this appeal. *See* TEX. R. APP. P. 42.3(b).


131612F.P05

/Carolyn Wright/

CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MARISSA FULLER AND OTHER
OCCUPANTS, Appellant

No. 05-13-01612-CV          V.

BANK OF AMERICA N.A., Appellee

On Appeal from the County Court at Law
No. 2, Dallas County, Texas
Trial Court Cause No. CC-13-06186-B.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Brown
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee BANK OF AMERICA N.A. recover its costs of this appeal from appellant MARISSA FULLER AND OTHER OCCUPANTS.

Judgment entered July 2, 2014